# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

CHARLES ANDERSON CLARK,

v.

DAVID MILLS.,                    CASE NUMBER:    1:05-2330-T/V

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/14/2005, this case is hereby DISMISSED. The Court DENIES a certificate of appealability and also CERTIFIES that any Appeal by plaintiff is not taken in good faith. If petitioner files a notice of appeal he must also pay the full $255 appellate filing fee or file a motion to proceed In Forma Pauperis and supporting affidavit in the Sixth Circuit Court of Appeals within 30 days.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

10/19/05                    BY:    _C. Herd_
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/19/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02330 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Charles Anderson Clark
WEST TENNESSEE STATE PENITENTIARY
097297
480 Green Chapel Road
P.O. Box 1150
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT